Exhibit A to the Complaint

**Location:** Philadelphia, PA  
**Total Works Infringed:** 24

**IP Address:** 100.11.215.202  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 24C894562720271CCDEC8C7166906BB55C2837C9 | 07/27/2025 04:16:15 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 2 | 74ac8b8141fc83f6587a1b50c2de658f8b661b9d | 07/27/2025 04:17:48 | Tushy | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 3 | D4AFE13E12604F16680FA5C99A690C6B22C12A94 | 07/15/2025 04:07:19 | Vixen | 04/11/2025 | 04/23/2025 | PA0002527326 |
| 4 | B5A3A3CE01034E5C8E51B37D43D53E47F792680D | 07/14/2025 04:29:56 | Tushy | 07/13/2025 | 07/22/2025 | PA0002541631 |
| 5 | 565493673AC9C24F6C70FE667E420978305C008C | 07/12/2025 04:43:34 | Vixen | 07/11/2025 | 07/22/2025 | PA0002541640 |
| 6 | 600295BDDF322F0B3325D35168B5C68D2C2FD880 | 06/28/2025 04:07:28 | Vixen | 06/27/2025 | 07/08/2025 | PA0002539153 |
| 7 | bcf180cf2e913351dd99f9d22d9d5677b76c2c23 | 05/29/2025 04:03:09 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 8 | 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F | 05/29/2025 04:02:22 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 9 | 2594c7a2f86335bc72103d9f798dcf72b867b7ea | 05/29/2025 03:41:16 | Milfy | 05/28/2025 | 06/09/2025 | PA0002534201 |
| 10 | 1C3C2D3242196AFA81C6FC779DB7429694B83BC6 | 05/03/2025 04:09:23 | Vixen | 05/02/2025 | 05/21/2025 | PA0002531828 |
| 11 | 4E43CDEEA32755C023B9C50C8F2928B66BD489F6 | 04/19/2025 04:12:29 | Tushy | 02/04/2024 | 02/13/2024 | PA0002454781 |
| 12 | 20BAF945F4047EA33912F47AF705D3BD16E3DEFA | 04/01/2025 03:55:54 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 13 | DB8AF55559268FEB95302A5366447C1B2421569A | 02/25/2025 05:14:30 | Milfy | 12/27/2023 | 01/16/2024 | PA0002453486 |
| 14 | 5A4275018D6428F9B002CDADB9C342E005CDBE49 | 01/02/2025 05:30:17 | Milfy | 01/01/2025 | 01/16/2025 | PA0002509398 |
| 15 | 6E3EBB60BB91B99AD3B509649C4AE51F3AE32D69 | 12/03/2024 04:53:18 | Tushy | 12/01/2024 | 12/13/2024 | PA0002506317 |
| 16 | F44D61D5291D7262FA58FB3D4B66F3550B6A5786 | 08/12/2024 03:23:39 | Vixen | 08/09/2024 | 08/15/2024 | PA0002484824 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 8F141B336124BA3F7373DD51FEDF088BD69A03F9 | 08/10/2024 03:53:14 | Vixen | 08/05/2022 | 08/29/2022 | PA0002367737 |
| 18 | c82be80a844dc7bc7e593d618cec805276d47798 | 08/09/2024 16:54:15 | Vixen | 05/27/2022 | 06/27/2022 | PA0002355035 |
| 19 | 0d8a25293e63f2c973de5eceb945d7ab4faca6a5 | 06/29/2024 06:41:30 | TushyRaw | 11/29/2023 | 12/13/2023 | PA0002445424 |
| 20 | B03A2B673BBEC6BF18A07A80686028F51D5284FF | 06/29/2024 04:16:41 | TushyRaw | 06/25/2024 | 07/15/2024 | PA0002480610 |
| 21 | 1B123841F3A58718A6DC9BBC3D6B6F487F65C3FD | 06/02/2024 03:24:29 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |
| 22 | D4E70E9EE0C0FA48A41FFD07B6A5E3FD68F2DF2E | 05/31/2024 04:14:06 | Milfy | 01/10/2024 | 03/28/2024 | PA0002462578 |
| 23 | C13E18B44662F579F14FB0EB1FCD572A6D147AB8 | 05/31/2024 04:09:02 | Milfy | 03/27/2024 | 06/24/2024 | PA0002477488 |
| 24 | 08FF3F3B797F6AC10620ADE6314556BD8E21FEC0 | 05/31/2024 04:07:12 | Milfy | 05/29/2024 | 09/05/2024 | PA0002491135 |